UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2502

RICKY W. LEECH,

Plaintiff - Appellant,

versus

JAMES TURNER, Corporal; CHARLES SUMMERS,
Corporal,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
98-161-PJM)

Submitted:  March 11, 1999          Decided:  March 17, 1999

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Irving Dross, David Michael Kopstein, DROSS, LEVENSTEIN, PERILMAN
& KOPSTEIN, Seabrook, Maryland, for Appellant.  John Joseph Curran,
Jr., Attorney General, Michael Allan Fry, Assistant Solicitor,
Frank William Mann, III, OFFICE OF THE ATTORNEY GENERAL OF MARY-
LAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Leech appeals the district court's order granting summary judgment to defendants on Leech's complaint alleging violations of 42 U.S.C.A. § 1983 (West Supp. 1998) and state tort law. We have reviewed the record and the district court's opinion. The district court properly found that there was no genuine issue of material fact and defendants were entitled to judgment as a matter of law. Accordingly, we affirm on the reasoning of the district court. Leech v. Turner, No. CA-98-161-PJM (D. Md. Sept. 28, 1998). We decline to review claims Leech raises for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2